IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAH'BAMBIA OMARA SHAKUR,#196091 a.k.a. JULIUS REEVES, ) ) Plaintiff, ) ) v. ) ) JAMES SMITH, et al., ) ) Defendants. ) | ) ) ) ) ) CASE NO. 2:12-cv-112-TMH ) [wo] ) ) ) |

**OPINION and ORDER**

On February 13, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby transferred to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 6th day of March, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE